```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 07039
   MYRTIS J BROWN
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1342


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/25/2004 and was confirmed 04/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ROUNDUP FUNDING LLC       SECURED           4216.68         512.83        4216.68
COUNTRYWIDE HOME LOANS    CURRENT MORTG    50806.12            .00       50806.12
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    13747.02            .00       13747.02
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSEC W/INTER   NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER      470.00          77.17         470.00
COLUMBIA COLLEGE          UNSEC W/INTER   NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      359.71          59.02         359.71
PROVIDIAN PROCESSING      UNSEC W/INTER   NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      323.04          53.08         323.04
TCI CABLE CHICAGO         UNSEC W/INTER   NOT FILED            .00            .00
PROTECTION ONE            UNSEC W/INTER     1274.59         200.49        1274.59
ROUNDUP FUNDING LLC       UNSEC W/INTER     1458.32         384.58        1458.32
ROUNDUP FUNDING LLC       FILED LATE        3760.21            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      1,050.00                       1,050.00
TOM VAUGHN                TRUSTEE                                         4,282.65
DEBTOR REFUND             REFUND                                              4.36

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              79,279.66

PRIORITY                                            .00
SECURED                                       68,769.82
    INTEREST                                     512.83
UNSECURED                                      3,885.66
    INTEREST                                     774.34
ADMINISTRATIVE                                 1,050.00
TRUSTEE COMPENSATION                           4,282.65

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 07039 MYRTIS J BROWN
```

```
DEBTOR REFUND                                                         4.36
                                        ---------------      ---------------
TOTALS                                        79,279.66            79,279.66
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 08/27/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE